TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
PETER DAHLQUIST (Cal. Bar No. 285548)
Assistant United States Attorney
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
     Facsimile: (951) 276-6202
     E-mail:    Peter.Dahlquist@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21-00072(A)-JFW-2 |
|---|---|
| Plaintiff, | JOINT STIPULATION TO PERMIT DEFENDANT JESSE DAVILA VASQUEZ, III TO WITHDRAW HIS PRIOR GUILTY PLEA AND GOVERNMENT'S REQUEST TO DISMISS COUNT FOUR OF FIRST SUPERSEDING INDICTMENT |
| v. | |
| JESSE DAVILA VASQUEZ, III, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Peter Dahlquist, and defendant Jesse Davila Vasquez, III ("defendant"), through his counsel of record, David R. Reed, hereby stipulate as follows:

1. On September 11, 2021, defendant signed a plea agreement, in which he agreed to plead guilty to Count Four of the First Superseding Indictment, which charged defendant with Possession with Intent to Distribute Methamphetamine on January 13, 2021, in

violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii).  The government filed the signed plea agreement with the Court on September 21, 2021.

2.   On September 24, 2021, defendant entered his guilty plea. At that hearing, the Court set defendant's sentencing hearing for December 6, 2021.  On November 1, 2021, the United States Probation Office disclosed its Presentence Report.  On November 4, 2021, the Defense filed its sentencing position.

3.   The presentence report revealed that on January 15, 2021, defendant pleaded guilty in the Superior Court of the County of San Bernardino to a misdemeanor charge of possession of a controlled substance.  It its sentencing position, the defense stated that this misdemeanor conviction arose out of the same facts and circumstances that resulted in the federal charge in Count Four of the First Superseding Indictment, which charged defendant with Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii).  Upon further investigation by the government, it became clear that the defense is correct: the January 15, 2021 misdemeanor conviction arose out of the same facts and circumstances that resulted in the federal charge in Count Four of the First Superseding Indictment in this case.

4.   After discussions between the parties, and pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), both defendant and the government now agree and stipulate that a fair and just reason exists to permit defendant to withdraw his prior plea of guilty. Namely, permitting defendant to withdraw his prior guilty plea (and seek a subsequent dismissal of Count Four of the First Superseding Indictment) would protect defendant from the burdens associated with

successive prosecutions and punishments for substantially the same acts.

5. In the interest of justice and in order to avoid an undesired successive prosecution for substantially the same conduct, pursuant to Federal Rule of Criminal Procedure 48(a), the government also seeks leave of this Court to dismiss Count Four of the First Superseding Indictment.

6. Based on the above stipulation, the parties hereby request that the Court permit defendant to withdraw his current plea of guilty pursuant to the terms of the previously filed plea agreement

///

///

///

(ECF No. 45), and the government further requests that the Court dismiss Count Four of the First Superseding Indictment and that defendant be released from custody.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 15, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>United States Attorney |
| | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | JERRY C. YANG<br>Assistant United States Attorney<br>Chief, Riverside Branch Office |
| | \_\_\_\_\_/s/_____<br>PETER DAHLQUIST<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: November 15, 2021 | \_\_\_/s/  (with email authorization)<br>DAVID R. REED |
| | Attorney for Defendant<br>JESSE DAVILA VASQUEZ, III |