TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
PETER DAHLQUIST (Cal. Bar No. 285548)
Assistant United States Attorney
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6267
     Facsimile: (951) 276-6202
     E-mail:    Peter.Dahlquist@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

11/17/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_SR\_\_\_\_ DEPUTY

JS-3/Ent.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21-00072(A)-JFW-2 |
|---|---|
| Plaintiff, | ORDER PERMITTING DEFENDANT TO WITHDRAW PRIOR GUILTY PLEA AND DISMISSING COUNT FOUR OF FIRST SUPERSEDING INDICTMENT |
| v. | |
| JESSE DAVILA VASQUEZ, III, | |
| Defendant. | |

The Court has read and considered the parties' Stipulation To Permit Defendant Jesse Davila Vasquez, III, To Withdraw His Prior Guilty Plea and Government's Request to Dismiss Count Four of the First Superseding Indictment and orders as follows:

1.   A fair and just reason exists to permit defendant to withdraw his prior guilty plea.  Namely, permitting defendant to withdraw his prior guilty plea (and subsequently dismissing Count Four of the First Superseding Indictment) would protect defendant from the burdens associated with successive state and federal

prosecutions and punishments for substantially the same acts. The defendant's guilty plea is ordered withdrawn.

2. The Court further finds that there is good cause to dismiss Court Four of the First Superseding Indictment. Accordingly, it is hereby ordered that Count Four of the First Superseding Indictment is dismissed in the interest of justice.

3. **Defendant Jesse Davila Vasquez, III is ordered released from custody and the current sentencing date of December 6, 2021 is hereby vacated.**

IT IS SO ORDERED.

Dated: November 17, 2021

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA; USM**

Presented by:

\_\_\_/s/_____
PETER DAHLQUIST
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## THE CENTRAL DISTRICT OF CALIFORNIA

TO UNITED STATES MARSHAL:

PURSUANT TO AN ORDER OF COURT, YOU ARE AUTHORIZED AND DIRECTED TO:

☒ RELEASE FROM CUSTODY ☐ TAKE INTO CUSTODY

NAME: Jesse Davila Vasquez, III
58876-509

☒ FORTHWITH
☐ TO PROBATION/PRETRIAL SVCS ONLY
☐ TO IMMIGRATION AND CUSTOMS ENFORCEMENT
☐ OTHER:

CASE NO: ED 21CR72JFW

CHARGES: 21:841(a)(1),(b)(1)(B)(viii) Possession with Intent to Distribute Methamphetamine

☐ Defendant Acquitted of Charge(s)
☐ Defendant Restored to Probation Status
☐ Defendant Sentenced to a Period of Incarceration
☐ Defendant sentenced to a Period of Probation
☐ Defendant's Prior Bond Reinstated
☐ Bond Revoked Pending Trial/Sentencing/other hearing
☐ Supervised Release/Probation Violation
☐ Defendant Sentenced to Time Served
☐ Motion to Dismiss Indictment/Information granted
☒ Req to w/d guilty plea & dismiss ct 4 GRANTED

Issued on: November 17, 2021 at 3:30 PM

CLERK, U.S. DISTRICT COURT

BY: _Shannon Reilly_
Deputy Clerk (Sign and Print Name)